**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

| | |
|---|---|
| **MARCHELLO BLUE,** | **PLAINTIFF** |
| V. | **NO. 2:07CV005P-D** |
| **CLARKSDALE CITY POLICE DEPT., et al.,** | **DEFENDANTS** |

### ORDER DENYING *IN FORMA PAUPERIS* STATUS AND CLOSING CASE

Plaintiff, who is currently incarcerated, has filed this complaint seeking relief under 42 U.S.C. § 1983, along with an application for leave to proceed thereon *in forma pauperis*, and the supporting affidavit submitted pursuant to 28 U.S.C. § 1915.

Subsection (a)(2) of § 1915 requires that a prisoner "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined."

Although this certificate is a part of the form that was provided to Plaintiff and submitted by him, it was left blank. As such, it is not in compliance with the requirements of § 1915(a)(2) and the court is unable to set an appropriate initial partial payment of the filing fee.

Accordingly, until the form is properly completed, Plaintiff may not proceed with this case.

Therefore, it is **ORDERED:**

that Plaintiff's application for leave to proceed *in forma pauperis* is hereby **DENIED** and the Clerk of the Court is directed to **CLOSE** this case.

THIS, the 13t day of March, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE